**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 22, 2020

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
New York, New York 10007

Re:   <u>United States v. Oneil Anthony Gordon</u>, 19 Cr. 871 (VSB)

Hon. Judge Broderick:

   With the consent of the Government, I write to respectfully request an adjournment of the status conference presently scheduled for January 24, 2020 in the above-mentioned case. There have been no prior requests to adjourn any conference in this case. An adjournment would allow the defense to continue reviewing discovery and further consider the possibility of a pre-trial disposition. After consultation with the Government, I propose a conference at a time convenient to the Court on February 3, 2020 except from 1:00 to 3:00 p.m., any time on February 4, 2020, or February 7, 2020 before 4:00 p.m. Of course, should these dates and times be unavailable to the Court, the parties will confer and propose additional options.

   We request that the time between January 24, 2020 and the next court date be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A). Excluding time will serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the defense to prepare and allow the government and defense counsel to undertake discussions regarding a possible disposition in the matter.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender

CC: AUSA Micah Fergenson

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 1/23/2020

The status conference scheduled for January 24, 2020 is hereby adjourned to February 7, 2020 at 11:30 a.m. The adjournment is necessary to permit counsel sufficient time to review discovery and discuss a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between January 24, 2020 and February 7, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.