**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2020

By ECF

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.** 5/6/2020

Sentencing is adjourned to June 3, 2020 at 10:30 a.m.

Re:   United States v. Oneil Anthony Gordon, 19 Cr. 871 (VSB)

Hon. Judge Broderick:

    I write to request a two-week adjournment of Mr. Gordon's May 21, 2020 sentencing. The Government has no objection to this request. Mr. Gordon is aware that, if granted, this request would result in a sentence above the 0-6 months recommended by the Sentencing Guidelines in his case. He nonetheless requests additional time so that he can continue conferring with counsel prior to his transfer from BOP to ICE custody. Thank you for your consideration.

                              Respectfully submitted,

                              /s/ Ariel Werner
                              Ariel Werner
                              Assistant Federal Defender
                              212-417-8770

cc:   Micah Fergenson, Assistant United States Attorney