```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA      :
:
-v-               :     19-CR-871 (VSB)
:
ONEIL ANTHONY GORDON,        :     ORDER
:
Defendant.    :
:
-------------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It is hereby ORDERED that the defendant in the above captioned case, USM Number 13526-265, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

    SO ORDERED.

Dated:  June 5, 2020
          New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge